NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1371

TRIUNE STAR, INC.,

Plaintiff-Appellant,

v.

THE WALT DISNEY COMPANY
and WDIG MOBILE, LLC (doing business as Disney Mobile),

Defendants,

and

PANTECH & CURITEL COMMUNICATIONS, INC., PANTECH CO. LTD.,
PANTECH WIRELESS, INC., LG ELECTRONICS, INC.,
and LG ELECTRONICS MOBILECOMM USA, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Central District of
Illinois in case no. 07-CV-1256, Judge Michael M. Mihm.

ON MOTION

ORDER

Triune Star, Inc. moves to withdraw its appeal. Pantech & Curitel Communications, Inc. et al. consent.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The motion is granted.

(2)   Each side shall bear its own costs.

FOR THE COURT

AUG 24 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Keith V. Rockey, Esq.
     Patrick J. Kelleher, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 24 2009

JAN HORBALY
CLERK

s17

ISSUED AS A MANDATE:  AUG 24 2009
                      _____